UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN L. KOWALSKI, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br><br> Defendant. | CIVIL ACTION NO. 3:20-CV-01783 <br><br> (MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 22nd day of February, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny Plaintiff Karen L. Kowalski benefits under Title II of the Social Security Act (Doc. 1) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Kowalski; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**